**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

**FILED**

Apr 27 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## CRIMINAL COVER SHEET

*__Instructions:__ Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

**CASE NAME:**

USA v.  David Mata

**CASE NUMBER:**

CR 3:22-cr-00171 EMC

| | | |
|---|---|---|
| **Is This Case Under Seal?** | Yes ✔ | No |
| **Total Number of Defendants:** | 1 ✔ | 2-7     8 or more |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | Yes | No ✔ |
| **Venue (Per Crim. L.R. 18-1):** | SF ✔ | OAK     SJ |
| **Is this a potential high-cost case?** | Yes | No ✔ |
| **Is any defendant charged with a death-penalty-eligible crime?** | Yes | No ✔ |
| **Is this a RICO Act gang case?** | Yes | No ✔ |

**Assigned AUSA (Lead Attorney):** Ross Weingarten

**Date Submitted:** 4/27/2022

**Comments:**

Form CAND-CRIM-COVER (Rev. 11/16)

RESET FORM          SAVE PDF

1 | STEPHANIE M. HINDS (CABN 154284)
2 | United States Attorney

**FILED**

Apr 27 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:22-cr-00171 EMC |
| Plaintiff, | VIOLATIONS: |
| v. | 18 U.S.C. § 1343 – Wire Fraud; |
| DAVID MATA, | 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Forfeiture Allegation |
| Defendant. | |

# I N F O R M A T I O N

The United States Attorney charges:

<u>COUNT ONE</u>:    (18 U.S.C. § 1343 – Wire Fraud)

Beginning on or about June 2017 and continuing through on or about September 2017, in the Northern District of California and elsewhere,

DAVID MATA,

knowingly and with the intent to defraud participated in, devised, and intended to devise a scheme and artifice to defraud as to a material matter, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and by means of omission and concealment of material facts.

//

//

INFORMATION

## THE SCHEME AND ARTIFICE TO DEFRAUD

From no later than July 2017 and continuing through at least September 2017, defendant MATA and others engaged in a scheme, plan, and artifice to defraud as to a material matter, and to obtain money and property by means of materially false and misleading statements, and failing to disclose material facts with a duty to disclose.  In furtherance of the scheme to defraud, MATA and others induced investors to provide funds to an investment fund they created, Block Bits Fund, by making false statements regarding the location, safety, and uses of certain investor funds.  Specifically, MATA and others represented to investors that Block Bits Fund had entered into deals with other entities where investor funds would be put in "cold storage," and that these "cold storage" deals would bring high rates of return on investment from the entity that was storing the funds.  "Cold storage" refers to storing cryptocurrency in a safe and inaccessible way.  In reality, MATA and others did not put any investor funds in "cold storage," but rather used investor funds to invest in risky ventures related to cryptocurrency that were not disclosed to investors and were completely unrelated to the stated purposes of Block Bits Fund.

## THE USE OF INTERSTATE WIRES

On or about August 29, 2017, in the Northern District of California and elsewhere, for the purpose of executing the aforementioned scheme and artifice to defraud and attempting to do so, the defendant,

DAVID MATA,

did knowingly transmit and cause to be transmitted in interstate and foreign commerce, by means of a wire communication, certain writings, signs, signals, pictures, and sounds, specifically, an email sent by Mata from his Google email address to an individual, S.G., regarding an agreement for a $50,000 loan between Block Bits Fund and Company 1.

All in violation of Title 18, United States Code, Section 1343.

FORFEITURE ALLEGATION:        (18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

The allegations contained in this Information are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

INFORMATION

Upon conviction for any of the offenses set forth in this Information, the defendant,

DAVID MATA,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), all property, real or personal, constituting, or derived from proceeds the defendant obtained directly and indirectly.

If any of the property described above, as a result of any act or omission of the defendant:

        a.     cannot be located upon exercise of due diligence;

        b.     has been transferred or sold to, or deposited with, a third party;

        c.     has been placed beyond the jurisdiction of the court;

        d.     has been substantially diminished in value; or

        e.     has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.


DATED: _April 27, 2022_____           STEPHANIE M. HINDS
                                          United States Attorney


                                    _____/s/_____
                                    ROSS WEINGARTEN
                                    Assistant United States Attorney

INFORMATION

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☒ INFORMATION   ☐ INDICTMENT

☐ SUPERSEDING

## OFFENSE CHARGED

18 U.S.C. § 1343 - Wire Fraud

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: 20 years imprisonment; $250,000 fine; three years' supervised release; $100 special assessment; Restitution

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

─ DEFENDANT - U.S ─

▶ David Mata

DISTRICT COURT NUMBER
3:22-cr-00171 EMC

**FILED**

Apr 27 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## PROCEEDING

Name of Complainant Agency, Or Person (& Title, if any)

FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:       SHOW DOCKET NO.
   ☐ U.S. ATTORNEY   ☐ DEFENSE }

☐ this prosecution relates to a pending case involving this same defendant       MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under }

Name and Office of Person Furnishing Information on this form       Stephanie M. Hinds

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)       Ross Weingarten

## DEFENDANT

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District) _____

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction }

6) ☐ Awaiting trial on other charges }   ☐ Federal   ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?   ☐ Yes   ☐ No }   If "Yes" give date filed _____

DATE OF ARREST ▶   Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year _____

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

Bail Amount: _____

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments: