# UNITED STATES DISTRICT COURT
for the
Northern District of California ▼

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 3:22-cr-00171 EMC |
| David Mata ) | |
| ) | |
| *Defendant* ) | |

## WAIVER OF AN INDICTMENT

    I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

    After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 04/29/2022

/s/ by and through counsel
*Defendant's signature*

/s/
*Signature of defendant's attorney*

Varell L. Fuller
*Printed name of defendant's attorney*

T.M. Hix [signature]
*Judge's signature*

Magistrate Judge Thomas S. Hixson
*Judge's printed name and title*