STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ROSS WEINGARTEN (NYBN 5236401)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6747
    FAX: (415) 436-7234
    Ross.weingarten@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | NO. CR 22-00171 EMC |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND [PROPOSED] ORDER CONTINUING APPEARANCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) ) | |
| DAVID MATA, | ) ) | |
| Defendant. | ) ) | |

Defendant David Mata appeared on April 29, 2022 in Magistrate Court for an arraignment on an Information in the above-captioned matter. The Magistrate Court set an appearance before U.S. District Court Judge Edward M. Chen on May 11, 2022. On May 5, 2022, the government filed a Notice to Relate this case to another case, *see U.S. v. Andrade*, 20-cr-00249 RS, Dkt. No. 86. There has been no ruling on that Notice as of May 10, 2022. Thus, the parties expect that this case will eventually transfer to U.S. District Court Judge Richard Seeborg. Accordingly, the parties agree that the status conference before Judge Chen should be vacated and continued until June 15, 2022 at 2:30 p.m. while the case gets transferred. If the matter is reassigned to Judge Seeborg, the parties will vacate the status conference before Judge Chen and set an appearance before Judge Seeborg.

    Meanwhile, the government plans to produce discovery to the defendant, which the defendant

and his counsel need time to review.  It is therefore stipulated by the parties that time be excluded under the Speedy Trial Act from April 29, 2022 through June 15, 2022 in order to allow for the effective preparation of counsel.  The parties agree that the ends of justice served by excluding the time through June 15, 2022 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.


IT IS SO STIPULATED.

DATED:        May 10, 2022            */s/ Ross Weingarten*
                                      ROSS WEINGARTEN
                                      Assistant United States Attorney


DATED:        May 10, 2022            */s/ Varell Fuller*
                                      VARELL FULLER
                                      Counsel for Defendant David Mata

**[PROPOSED] ORDER**

Based upon the facts set forth in the stipulation and for good cause shown, the Court hereby orders the following:

1.      The status conference for defendant David Mata currently scheduled for May 11, 2022 is continued to June 15, 2022 at 2:30 p.m.

2.      The time from April 29, 2022 through June 15, 2022 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: **_____**

                                              _____
                                              THE HONORABLE JOSEPH C. SPERO
                                                United States Magistrate Court Judge