**~~PROPOSE~~D ORDER/COVER SHEET**

**TO:** Honorable Thomas S. Hixson    **RE:** David Mata
U.S. Magistrate Judge

**FROM:** Silvio Lugo, Chief    **Docket No.:** 3:22-cr-00171-EMC-1
U.S. Pretrial Services Officer

**Date:** 5/17/22

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Vanessa Vargas    (415) 961-1493

U.S. Pretrial Services Officer Assistant    **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☑ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☑ Modification(s)

**A.    Defendant must participate in mental health treatment as directed by Pretrial Services is added; and**

**B.    Defendant may travel to the District of Idaho with prior approval of Pretrial Services is added.**

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:
_____
_____

_T.M. Hix_ (signature)    May 17, 2022
**JUDICIAL OFFICER**    **DATE**

Hon. Thomas S. Hixson
U.S. Magistrate Judge