UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Richard Seeborg, Judge

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | **NO. 22-cr-00171-RS** |
| | ) | |
| DAVID MATA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

San Francisco, California
Tuesday, December 6, 2022

**TRANSCRIPT OF REMOTE ZOOM VIDEO CONFERENCE PROCEEDINGS**

**APPEARANCES VIA ZOOM:**

For Plaintiff:

        STEPHANIE M. HINDS
        UNITED STATES ATTORNEY
        450 Golden Gate Avenue, 11th Floor
        San Francisco, California 94102
    **BY: ROSS E. WEINGARTEN**
        **ASSISTANT UNITED STATES ATTORNEY**

For Defendant:

        JODI LINKER
        FEDERAL PUBLIC DEFENDER
        55 South Market Street, Suite 820
        San Jose, California 95113
    **BY: VARELL L. FULLER**
        **ASSISTANT FEDERAL PUBLIC DEFENDER**

REPORTED REMOTELY BY:  Ana Dub, RMR, RDR, CRR, CCRR, CRG, CCG
                      CSR No. 7445, Official U.S. Reporter

| | |
|---|---|
| 1 | **Tuesday, December 6, 2022** **2:32 p.m.** |

2                     **P R O C E E D I N G S**

3                          **---o0o---**

4         (Defendant present via Zoom, out of custody.)

5      **THE CLERK:**  Calling Case 22-cr-171, United States vs.

6  David Mata.

7      Counsel, please state your appearances.

8      **MR. WEINGARTEN:**  Good afternoon, Your Honor.  Ross

9  Weingarten on behalf of the United States.

10      **THE COURT:**  Good afternoon.

11      **MR. FULLER:**  Good afternoon, Your Honor.  Varell Fuller

12  for Mr. David Mata.  He is present.

13      He's before the Court appearing by way of Zoom video, and

14  we do consent to his appearance by way of Zoom.

15      **THE COURT:**  Good afternoon.

16      So this matter, when I look back at the file, Mr. Mata

17  entered a plea on 22-171; and then I know I related a case that

18  Judge Illston had and Judge Donato had.

19      So, Mr. Weingarten, what's happening?

20      **MR. WEINGARTEN:**  Mr. Mata's cooperation continues.  This

21  is in connection with a matter actually before Your Honor, the

22  Andrade case that we had --

23      **THE COURT:**  Right.

24      **MR. WEINGARTEN:**  -- a trial date set in August that was

25  continued.

1    So the short story is Mr. Mata is doing well.

2  The Government doesn't have any issues.

3    Unfortunately, I don't think it makes sense to set a

4  sentencing now because we just don't know if and when his

5  testimony is going to be needed.

6    So I suggest we set another status perhaps six months from

7  now.  And, of course, if things change between now and then,

8  the parties will seek to get on your calendar.

9    **THE COURT:**  Okay.  That's fine with me.

10    What are we going to -- what's the situation with the

11  related cases?

12    **MR. WEINGARTEN:**  You know, I'm not sure, Your Honor.  I'll

13  double-check for you.  But Mr. Mata's cooperation has to do

14  with individuals whose cases have not yet resolved.  So I

15  just --

16    **THE COURT:**  But he is not in any of those cases?

17    **MR. WEINGARTEN:**  No.

18    **THE COURT:**  Okay.  All right.

19    **MR. WEINGARTEN:**  No, he's not in them.

20    Other individuals who he knows have been charged, and his

21  testimony may be required --

22    **THE COURT:**  Okay.

23    **MR. WEINGARTEN:**  -- at subsequent hearings in those cases.

24    **THE COURT:**  I gotcha.

25    Okay.  Mr. Fuller, anything you --

```
 1        MR. FULLER:  No, Your Honor.  I would agree with Ross's

 2   assessment.

 3        I believe this matter will be trailing matters that

 4   have -- that are still pending and remain unresolved.

 5        THE COURT:  Okay.

 6        Okay.  So, Ms. Lew, you want to give us something in about

 7   six months?

 8        THE CLERK:  June 13th?

 9        THE COURT:  Okay.  How about that?

10        MR. WEINGARTEN:  Great.

11        MR. FULLER:  That works, Your Honor.

12        THE COURT:  All righty.  We'll see where things go from

13   there.

14        MR. FULLER:  Thank you.

15        THE CLERK:  Will this be via Zoom like this, or at 9:30?

16        THE COURT:  Well, I -- yes, let's schedule it for --

17        THE CLERK:  Okay.

18        MR. WEINGARTEN:  I mean, our Zoom authorization -- I mean,

19   this is a status, which I think we could still do by Zoom.

20        By June, some of the other proceedings we've done on the

21   criminal side by Zoom we may not be able to do.  But I think

22   this one we could probably continue to do by Zoom.

23        So let's set it for 2:30.

24        Okay.  Thank you.

25        MR. FULLER:  Thank you, Your Honor.
```

1      **MR. WEINGARTEN:**  Thank you so much, Your Honor.

2      **THE COURT:**  Thanks.

3              (Proceedings adjourned at 2:35 p.m.)

4                      ---o0o---

5

6                  **CERTIFICATE OF REPORTER**

7          I certify that the foregoing is a correct transcript

8  from the record of proceedings in the above-entitled matter.

9

10  DATE:  Sunday, January 1, 2023

11

12

13              *Ana Dub*

14  _____

15      Ana Dub, CSR No. 7445, RDR, RMR, CRR, CCRR, CRG, CCG
                Official United States Reporter

16

17

18

19

20

21

22

23

24

25