1  JODI H. LINKER
   Federal Public Defender
2  VARELL L. FULLER
3  Assistant Federal Public Defender
   55 S. Market Street, Suite 820
4  San Jose, CA 95113
   Telephone: (408) 291-7753
5  Varell_Fuller@fd.org

6
   Counsel for Defendant MATA
7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA
10
                  SAN JOSE DIVISION
11

12 | UNITED STATES OF AMERICA,        | No.  22-CR-00171 RS (TSH)
13 |            Plaintiff,             |
   |                                   | UNOPPOSED MOTION AND [PROPOSED]
14 |      vs.                          | ORDER TEMPORARILY MODIFYING
   |                                   | CONDITIONS OF PRETRIAL RELEASE
15 | DAVID MATA,                       |
16 |            Defendant.             | Judge: Hon. Thomas S. Hixon

17

18        Defendant David Mata, by and through counsel, respectfully requests that the Court

19 temporarily modify his pretrial release conditions to permit his travel to Limassol, Cyprus, from

20 September 24, 2024, to September 30, 2024, to attend the ScoreWarrior Summit, where he is a

21 paid speaker.  Mr. Mata has been booked to speak at a gaming conference in Limassol, Cyprus.

22
   Counsel for Mr. Mata is reasonably informed that conference attendees are ScoreWarrior
23
   employees, a company headquartered in Limassol, Cyprus.
24

25        Mr. Mata does not have a passport to permit his proposed travel, and his current pretrial

26 conditions prevent him from applying for one. Accordingly, Mr. Mata also requests that his

27 pretrial release conditions be modified to permit him to apply for and obtain a new passport.

28

Upon his return to the United States, Mr. Mata will surrender his newly acquired passport to United States Pretrial Services.

Mr. Mata resides in the Southern District of California, where United States Pretrial Services Officer Vanessa Vargas supervises him. Counsel for Mr. Mata has conferred with Ms. Vargas and Assistant United States Attorney Christian Highsmith, who is assigned to this matter, and they do not object to this modification.

Dated: September 17, 2024                JODI H. LINKER
                                        FEDERAL PUBLIC DEFENDER

                                   _____/s/_____
                                    VARELL L. FULLER
                                    Assistant Federal Public Defender

## [PROPOSED] **ORDER**

GOOD CAUSE APPEARING, upon the defendant's unopposed motion, IT IS HEREBY ORDERED that the defendant's pretrial release conditions are temporarily modified to permit the defendant to travel from San Diego, California, to Limassol, Cyprus, from September 24, 2024, to September 30, 2024.

IT IS FURTHER ORDERED that the defendant's pretrial release conditions are modified to permit the defendant to apply for and obtain a United States passport. The defendant shall surrender all travel documents to United States Pretrial Services within 48 hours of his return to the United States.

All other conditions are to remain in full effect.

IT IS SO ORDERED.

DATED: _____        _____
                           THE HONORABLE THOMAS S. HIXON
                           United States Magistrate Judge