JODI H. LINKER
Federal Public Defender
VARELL L. FULLER
Assistant Federal Public Defender
55 S. Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
Varell_Fuller@fd.org

Counsel for Defendant MATA

**FILED**

Sep 17 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | No. 22-CR-00171 RS (TSH) |
|---|---|
| Plaintiff, | |
| vs. | UNOPPOSED MOTION AND [PROPOSED] ORDER TEMPORARILY MODIFYING CONDITIONS OF PRETRIAL RELEASE |
| DAVID MATA, | |
| Defendant. | Judge: Hon. Thomas S. Hixon |

Defendant David Mata, by and through counsel, respectfully requests that the Court temporarily modify his pretrial release conditions to permit his travel to Limassol, Cyprus, from September 24, 2024, to September 30, 2024, to attend the ScoreWarrior Summit, where he is a paid speaker. Mr. Mata has been booked to speak at a gaming conference in Limassol, Cyprus. Counsel for Mr. Mata is reasonably informed that conference attendees are ScoreWarrior employees, a company headquartered in Limassol, Cyprus.

Mr. Mata does not have a passport to permit his proposed travel, and his current pretrial conditions prevent him from applying for one. Accordingly, Mr. Mata also requests that his pretrial release conditions be modified to permit him to apply for and obtain a new passport.

Motion to Temporarily Modify Conditions of Pretrial Release
MATA, 22-CR-00171 RS

Upon his return to the United States, Mr. Mata will surrender his newly acquired passport to United States Pretrial Services.

Mr. Mata resides in the Southern District of California, where United States Pretrial Services Officer Vanessa Vargas supervises him. Counsel for Mr. Mata has conferred with Ms. Vargas and Assistant United States Attorney Christian Highsmith, who is assigned to this matter, and they do not object to this modification.

Dated: September 17, 2024

JODI H. LINKER
FEDERAL PUBLIC DEFENDER

_____/s/_____
VARELL L. FULLER
Assistant Federal Public Defender

## [PROPOSED] **ORDER**

GOOD CAUSE APPEARING, upon the defendant's unopposed motion, IT IS HEREBY ORDERED that the defendant's pretrial release conditions are temporarily modified to permit the defendant to travel from San Diego, California, to Limassol, Cyprus, from September 24, 2024, to September 30, 2024.

IT IS FURTHER ORDERED that the defendant's pretrial release conditions are modified to permit the defendant to apply for and obtain a United States passport. The defendant shall surrender all travel documents to United States Pretrial Services within 48 hours of his return to the United States.

All other conditions are to remain in full effect.

IT IS SO ORDERED.

DATED: September 17, 2024  _____
THE HONORABLE THOMAS S. HIXON
United States Magistrate Judge